PEOPLE ex rel. LA MOTTE, Appellant, v. NEW YORK CATHOLIC PROTECTORY, Respondent. (Supreme Court, Appellate Division, First Department. April 8, 1904.) Proceeding by the people of the state of New York, on the relation of Antonio La Motte, against the New York Catholic Protectory. E. Sandford, for appellant. J. T. Ryan, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. LEFFERTS, Respondent, v. McCLELLAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 18, 1904.) Proceeding by the people of the state of New York, on the relation of Robert Lefferts, against George B. McClellan and others. composing the board of estimate and apportionment of the city of New York.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
BARTLETT and JENKS, JJ., dissent, upon the ground that it does not appear that the resolution of the local board of Flatbush has ever been presented to the existing board of estimate and apportionment, but being of the opinion that, if it had been so presented, the order below would have been proper.

PEOPLE ex rel. LORD v. FEITNER. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Proceeding by the people of the state of New York, on the relation of Elizabeth S. Lord, against Thomas L. Feitner. No opinion. Order resettled, on payment by relator of costs and disbursements of defendant on the appeal to the Court of Appeals. See 80 N. Y. Supp. 534.

PEOPLE ex rel. LYON v. VAN DE CARR. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Proceeding by the people of the state of New York, on the relation of Samuel Lyon, against John D. Van De Carr. No opinion. Motion granted.

PEOPLE ex rel. McCABE et al., Respondents, v. MATTHIES et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Proceeding by the people of the state of New York, on the relation of William F. McCabe and another, against Charles A. Matthies and others. No opinion. Motion denied.

PEOPLE ex rel. McCABE et al., Respondents, v. MATTHIES et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Proceeding by the people of the state of New York, on the relation of William F. McCabe and John Duffy, against Charles A. Matthies and others. No opinion. Motion granted.

PEOPLE ex rel. McKEEWN, v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Proceeding by the people of the state of New York, on the relation of Joseph H. McKeewn, against Francis V. Greene, as commissioner. H. Ringrose, for relator. T. Farley, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. MASONIC HALL & ASYLUM FUND, Appellant, v. WELLS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 25, 1904.) Proceeding by the people of the state of New York, on the relation of Masonic Hall & Asylum Fund, against James L. Wells and others. A. Crook, for appellant. G. S. Coleman, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. MASTEN, Respondent, v. MAXWELL, Appellant. (Supreme Court, Appellate Division, Second Department. April 22, 1904.) Proceeding by the people of the state of New York, on the relation of Minnie R. Masten, against William H. Maxwell, as city superintendent of schools of the city of New York. No opinion. Motion granted, and reargument ordered for Friday, April 29, 1904.

PEOPLE ex rel. PETERSON v. GREENE, Com'r. (Supreme Court, Appellate Division, First Department. April 22, 1904.) Proceeding by the people of the state of New York, on the relation of Robert S. Peterson, against Francis V. Greene, as commissioner, etc. L. J. Grant, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with costs.

PEOPLE ex rel. SINCLAIR v. SINCLAIR. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Proceeding by the people of the state of New York on the relation of Ella Sinclair, against Daniel A. Sinclair. No opinion. Motion denied.

PEOPLE ex rel. VAN ALLEN et al. v. VAN BRUNT et al. PEOPLE ex rel. BURNETT et. al. v. SAME. (Supreme Court, Appellate Division, Second Department. April 29, 1904.) Proceedings by the people of the state of New York, on the relation of Mary A. Van Allen and another, and on the relation of David H. Burnett and another, against Willis D. Van Brunt, president, and Henry H. Post and others, trustees, etc. No opinion. Motions denied, on condition that the relators print and prepare the papers, so that these matters may be argued at the next term of this court.

PERLMAN v. BERNSTEIN et al. (Supreme Court, Appellate Division, First Department. April 15, 1904.) Action by David Perlman against Moses Bernstein and another. No opinion. Motion granted, as stated in memorandum per curiam.

PERSSE v. GRAU. (Supreme Court, Appellate Division, First Department. March 18, 1904.) Action by Thomas H. Persse against Robert Grau. No opinion. Motion granted, so far as to dismiss appeal.